ELI S. AMOLE et al., respondents,

*v.*

IDA MEYERS et al., appellants.

[Argued June 26th, 1905.    Decided June 26th, 1905.]

On appeal from an order in chancery striking out a demurrer to a bill.

*Mr. John C. Reed,* for the appellants.

*Mr. Eli H. Chandler,* for the respondents.

PER CURIAM.

We concur in the view of the court of chancery that the demurrer is frivolous.    The order appealed from should be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, REED, BOGERT, VREDEN-BURGH, VROOM, GREEN, GRAY—13.

*For reversal*—None.